SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIC, Cal. Bar No. 132403
npopovic@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:   415.434.3947

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL MURPHY, Cal. Bar No. 234695
mmurphy@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:  858.720.8900
Facsimile:   858.509.3691

MURPHY & KING, P.C.
THEODORE J. FOLKMAN [subject to admission *pro hac vice*]
tjf@murphyking.com
One Beacon Street
Boston, MA 02108
Telephone:  617.226.3451
Facsimile:   617.305.0651

Attorneys for HTC CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In Re:<br><br>APPLICATION OF HTC CORP. FOR ISSUANCE OF A SUBPOENA TO BROADCOM CORP. | Case No. **SACV12-02113-DOC (MLGx)**<br><br>~~**PROPOSED**~~ **ORDER GRANTING HTC CORP.'S *EX PARTE* APPLICATION FOR ISSUANCE OF A SUBPOENA TO BROADCOM CORP.** |

On December 5, 2012, Applicant HTC Corporation ("HTC") filed an "Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings and Supporting Memorandum" in which HTC seeks an order allowing it to obtain documents from Broadcom Corporation ("Broadcom") in connection with two patent cases pending in Germany between: (1) HTC Corporation and Nokia GmbH; and (2) HTC Corporation and Nokia Oyj.

The Court, having fully considered the Application, and good cause appearing: **HEREBY GRANTS the Application of HTC.  IT IS HEREBY ORDERED THAT HTC IS GRANTED LEAVE TO** serve the subpoena for documents attached as Exhibit 2 to the Application, directing Broadcom to produce the documents requested in the subpoena at the offices of counsel for HTC:

Sheppard Mullin Richter & Hampton LLP c/o Neil A.F. Popović, 650 Town Center Drive, 4th Floor, Costa Mesa, CA  92626.

Or produced at another location mutually agreeable to HTC and Broadcom.

It is further **ORDERED** that copies of the Application and Memorandum in Support thereof and this Order shall be mailed to the following:

Broadcom Corporation, 5300 California Ave., Irvine, California 92617

**IT IS SO ORDERED.**

DATED:  December 12, 2012

_____
MARC L. GOLDMAN
United States Magistrate Judge